E-FILED
Thursday, 15 June, 2006 01:13:30 PM
Clerk, U.S. District Court, ILCD
CLOSED

# U.S. District Court
## Southern District of Mississippi (Jackson)
### CRIMINAL DOCKET FOR CASE #: 3:06-mj-00579-JCS-JCS-ALL
### Internal Use Only

**FILED**

Case title: USA v. Black

Other court case number: 06-6029-MJ Central District of Illinois

Date Filed: 06/12/2006

JUN 15 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Assigned to: Magistrate Judge James C. Sumner
Referred to: Magistrate Judge James C. Sumner

06-6029 M

**Defendant**

**Todd Black (1)**
*TERMINATED: 06/14/2006*

represented by **S. Dennis Joiner**
FEDERAL PUBLIC DEFENDER
200 S. Lamar, Suite 100-S
Jackson, MS 39201
601/948-4284
Fax: 601/948-5510
Email: dennis_joiner@fd.org
*TERMINATED: 06/14/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or
Community Defender Appointment

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

*A TRUE COPY I HEREBY CERTIFY*

By: _s/Deputy Clerk_
        *Deputy Clerk*

**Complaints**

**Disposition**

**18:371.F - CONSPIRACY TO
COMMIT WIRE FRAUD**

---

**Plaintiff**

**USA**

represented by **Gregory L. Kennedy**
U. S. ATTORNEY'S OFFICE
188 E. Capitol St., Suite 500
Jackson, MS 39201
(601) 965-4480
Email: gregg.kennedy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2006 | 3 | Arrest of Todd Black (wg, ) (Entered: 06/12/2006) |
| 06/13/2006 | 31 | CJA 23 Financial Affidavit by Todd Black (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | 32 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Todd Black. S. Dennis Joiner for Todd Black appointed. Signed by Judge James C. Sumner on June 13, 2006. (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | 33 | WAIVER of Rule 5 Hearings by Todd Black (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | 34 | ORDER Setting Conditions of Release as to Todd Black (1) $50,000 with 10% deposit . Signed by Judge James C. Sumner on June 13, 2006. (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | 35 | 10% Cash Deposit Bond Entered as to Todd Black in amount of $ 50,000. Receipt # J013622 for $5,000. (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | 36 | Remark: Receipt for Payment (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | 37 | ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL as to Todd Black . Signed by Judge James C. Sumner on June 13, 2006. (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | 3 | Minute Entry for proceedings held before Judge James C. Sumner :Initial Appearance in Rule 5 Proceedings as to Todd Black held on 6/13/2006. Appearances: Gregory L. Kennedy, AUSA; Kathryn Nester, office of FPD; and Robert B. Wilder, Jr., USPO. Defendant was informed of his rights and the charges against him. Counsel was appointed to represent him for purposes of this proceeding. Defendant waived an identity hearing and executed a formal waiver thereof. AUSA moved for detention. Evidence and testimony were presented to the Court through the proffer of the pretrial services report and examination of witnesses |

| | | |
|---|---|---|
| | | Jason Hodge with the FBI on behalf of the Government and Mrs. Todd Black on behalf of the defendant. At the conclusion thereof the Court set a $50,000 bond with 10% cash deposit. Defendant was remanded to the custody of the U.S. Marshal until the appropriate bond was posted. (Tape #2006-14.) (wg, )(30) (Entered: 06/14/2006) |
| 06 14 2006 | | ***Staff Notes as to Todd Black: Rule 5 Documents transmitted to the Central District of Illinois. (wg, ) (Entered: 06/14/2006) |
| 06 14 2006 | | ***Terminated defendant Todd Black, pending deadlines, and motions. (wg, ) (Entered: 06/14/2006) |
| 06/14/2006 | | Attorney update in case as to Todd Black. Attorney S. Dennis Joiner terminated. (wg, ) (Entered: 06/14/2006) |
| 06/14/2006 | | ***Set/Clear Flags as to Todd Black (wg, ) (Entered: 06/14/2006) |

Case 3:06-mj-00579-JCS-JCS    Document 1 *SEALED*    Filed 06/13/2006    Page 1 of 1

# FINANCIAL AFFIDAVIT

CJA 23
(Rev. 5/98)

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
| --- | --- | --- | --- | --- |

IN THE CASE OF _____ VS. _____

FOR _____

AT _____

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

**Todd Black**

| | |
| --- | --- |
| 1 ☑ Defendant – Adult | |
| 2 ☐ Defendant – Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) | |

CHARGE/OFFENSE (describe if applicable & check box →)  ☑ Felony   ☐ Misdemeanor

**DOCKET NUMBERS**

Magistrate  **8:06mj579**

District Court

Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY

**ASSETS**

**EMPLOY-MENT**

Are you now employed?  ☑ Yes   ☐ No   ☐ Am Self Employed

Name and address of employer:  **Gray Daniels Toyota / Brandon, MS**

IF YES, how much do you earn per month? $ **7,000**

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?  ☑ Yes   ☐ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes   ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES

RECEIVED _____    SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No  IF YES, state total amount $ **3,000**

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☑ Yes   ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT  $ **12,000**

VALUE **2004 Toyota Camry** DESCRIPTION

| MARITAL STATUS | Total No. of Dependents | List persons you actually support and your relationship to them |
| --- | --- | --- |
| ☐ SINGLE  ☑ MARRIED  ☐ WIDOW | 2 | |

---

Case 3:06-mj-00579-JCS-JCS    Document 2    Filed 06/13/2006    Page 1 of 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**UNITED STATES OF AMERICA**    }

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

UNITED STATES OF AMERICA     }
     }
v.                       }    **MAGISTRATE NO. 3:06mj579-JCS**
     }
**TODD BLACK**          }

## ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the defendant in above-styled and numbered cause.

Should this case proceed before a United States District Judge, the appointment shall, nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

**SIGNED** on the 13th day of June, 2006.

s/US Magistrate Judge

UNITED STATES MAGISTRATE JUDGE

(rev. 1/97)

A TRUE COPY, I HEREBY CERTIFY

By: s/clerk

*Deputy Clerk*

## Minute Entries

3:06-mj-00579-JCS-JCS USA v. Black **CASE CLOSED on 06/14/2006**

### U.S. District Court

### Southern District of Mississippi

Notice of Electronic Filing

The following transaction was received from wg, entered on 6/14/2006 at 4:31 PM CDT and filed on 6/13/2006

| | |
|---|---|
| Case Name: | USA v. Black |
| Case Number: | 3:06-mj-579 |
| Filer: | |
| Document Number: | |

Docket Text:
Minute Entry for proceedings held before Judge James C. Sumner :Initial Appearance in Rule 5 Proceedings as to Todd Black held on 6/13/2006. Appearances: Gregory L. Kennedy, AUSA; Kathryn Nester, office of FPD; and Robert B. Wilder, Jr., USPO. Defendant was informed of his rights and the charges against him. Counsel was appointed to represent him for purposes of this proceeding. Defendant waived an identity hearing and executed a formal waiver thereof. AUSA moved for detention. Evidence and testimony were presented to the Court through the proffer of the pretrial services report and examination of witnesses Jason Hodge with the FBI on behalf of the Government and Mrs. Todd Black on behalf of the defendant. At the conclusion thereof the Court set a $50,000 bond with 10% cash deposit. Defendant was remanded to the custody of the U.S. Marshal until the appropriate bond was posted. (Tape #2006-14.) (wg, )(30)

The following document(s) are associated with this transaction:

**3:06-mj-579-1 Notice will be electronically mailed to:**

Gregory L. Kennedy      gregg.kennedy@usdoj.gov, dianne.lott@usdoj.gov; stacey.perkins@usdoj.gov

Probation Jackson      Janet_Anderson@mssp.uscourts.gov

**3:06-mj-579-1 Notice will be delivered by other means to:**

TRUE COPY I HEREBY CERTIFY

By: s/Deputy Clerk

*Deputy Clerk*

OFFICE OF JAMES C. SUMNER
U.S. MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
245 E. Capitol Street, Suite 502
Jackson, MS 39201
Telephone: (601) 965-4525



# MEMORANDUM

**TO:**   *Via Facsimile 309-671-7120*          **DATE:** 6/14/2006
U.S. District Court Clerk
Central District of Illinois
Attention: Karen

**FROM:**   Winnie Goodwin, Courtroom Deputy Clerk

**SUBJECT:**   Todd Black

Certified copies of the following paperwork on Todd Black, your case number 06-6029-MJ, are
attached hereto:

1.   Financial Affidavit
2.   Order Appointing Federal Public Defender
3.   Waiver of Rule 5 Hearing
4.   Order Setting Conditions of Release
5.   Appearance Bond
6.   Receipt for Bond Payment
7.   Minute Entry
8.   Docket

E-FILED
Friday, 16 June, 2006 08:38:57 AM
Clerk, U.S. District Court, ILCD
CLOSED

# U.S. District Court
## Southern District of Mississippi (Jackson)
### CRIMINAL DOCKET FOR CASE #: 3:06-mj-00579-JCS-JCS-ALL
### Internal Use Only

**FILED**

Case title: USA v. Black
Other court case number: 06-6029-MJ Central District of
Illinois

Date Filed: 06/12/2006

JUN 15 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Assigned to: Magistrate Judge James C.
Sumner
Referred to: Magistrate Judge James C.
Sumner

06-6029 M

**Defendant**

**Todd Black (1)**
*TERMINATED: 06/14/2006*

represented by **S. Dennis Joiner**
FEDERAL PUBLIC DEFENDER
200 S. Lamar, Suite 100-S
Jackson, MS 39201
601/948-4284
Fax: 601/948-5510
Email: dennis_joiner@fd.org
*TERMINATED: 06/14/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or
Community Defender Appointment

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

*A TRUE COPY I HEREBY CERTIFY*

By: s/Deputy Clerk
*Deputy Clerk*

**Complaints**

**Disposition**

**18:371.F - CONSPIRACY TO**
**COMMIT WIRE FRAUD**

**Plaintiff**

**USA**                                          represented by  **Gregory L. Kennedy**
                                                 U. S. ATTORNEY'S OFFICE
                                                 188 E. Capitol St., Suite 500
                                                 Jackson, MS 39201
                                                 (601) 965-4480
                                                 Email: gregg.kennedy@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | #  | Docket Text |
|------------|-----|-------------|
| 06/12/2006 | ❸  | Arrest of Todd Black (wg, ) (Entered: 06/12/2006) |
| 06/13/2006 | ❸1 | CJA 23 Financial Affidavit by Todd Black (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | ❸2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Todd Black. S. Dennis Joiner for Todd Black appointed. Signed by Judge James C. Sumner on June 13, 2006. (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | ❸3 | WAIVER of Rule 5 Hearings by Todd Black (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | ❸4 | ORDER Setting Conditions of Release as to Todd Black (1) $50,000 with 10% deposit . Signed by Judge James C. Sumner on June 13, 2006. (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | ❸5 | 10% Cash Deposit Bond Entered as to Todd Black in amount of $ 50,000. Receipt # J013622 for $5,000. (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | ❸6 | Remark: Receipt for Payment (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | ❸7 | ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL as to Todd Black . Signed by Judge James C. Sumner on June 13, 2006. (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | ❸  | Minute Entry for proceedings held before Judge James C. Sumner :Initial Appearance in Rule 5 Proceedings as to Todd Black held on 6/13/2006. Appearances: Gregory L. Kennedy, AUSA; Kathryn Nester, office of FPD; and Robert B. Wilder, Jr., USPO. Defendant was informed of his rights and the charges against him. Counsel was appointed to represent him for purposes of this proceeding. Defendant waived an identity hearing and executed a formal waiver thereof. AUSA moved for detention. Evidence and testimony were presented to the Court through the proffer of the pretrial services report and examination of witnesses |

| | | Jason Hodge with the FBI on behalf of the Government and Mrs. Todd Black on behalf of the defendant. At the conclusion thereof the Court set a $50,000 bond with 10% cash deposit. Defendant was remanded to the custody of the U.S. Marshal until the appropriate bond was posted. (Tape #2006-14.) (wg, )(30) (Entered: 06/14/2006) |
|---|---|---|
| 06 14 2006 | | ***Staff Notes as to Todd Black: Rule 5 Documents transmitted to the Central District of Illinois. (wg, ) (Entered: 06/14/2006) |
| 06 14 2006 | | ***Terminated defendant Todd Black, pending deadlines, and motions. (wg, ) (Entered: 06/14/2006) |
| 06 14/2006 | ⊖ | Attorney update in case as to Todd Black. Attorney S. Dennis Joiner terminated. (wg, ) (Entered: 06/14/2006) |
| 06/14/2006 | | ***Set/Clear Flags as to Todd Black (wg, ) (Entered: 06/14/2006) |

# FINANCIAL AFFIDAVIT

CJA 23
(Rev. 5/98)

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|---|---|---|

IN THE CASE OF

_____ VS. _____    FOR _____

_____    AT _____

PERSON REPRESENTED (Show your full name)

**Todd Black**

| | |
|---|---|
| 1 ☑ Defendant – Adult | |
| 2 ☐ Defendant – Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) | |

DOCKET NUMBERS

Magistrate **8:06mj 579**

District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)  ☑ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY

| | | |
|---|---|---|
| **EMPLOY-MENT** | Are you now employed? ☑ Yes  ☐ No  ☐ Am Self Employed | |
| | Name and address of employer: **Gray Daniels Toyota / Brandon, MS** | |
| | IF YES, how much do you earn per month? $ **7,000** | IF NO, give month and year of last employment How much did you earn per month? $ |
| | If married is your Spouse employed? ☑ Yes  ☐ No | |
| | IF YES, how much does your Spouse earn per month? $ | If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ |

**ASSETS**

| | | | |
|---|---|---|---|
| **OTHER INCOME** | Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No | | |
| | | RECEIVED | SOURCES |
| | IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES | _____ | _____ |

| | |
|---|---|
| **CASH** | Have you any cash on hand or money in savings or checking account? ☐ Yes  ☐ No  IF YES, state total amount $ **3,000** |

| | | |
|---|---|---|
| **PROP-ERTY** | Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes  ☐ No | |
| | | VALUE | DESCRIPTION |
| | IF YES, GIVE THE VALUE AND $ **12,000** DESCRIBE IT | **2004 Toyota Camry** |

| MARITAL STATUS | Total No. of Dependents | List persons you actually support and your relationship to them |
|---|---|---|
| ☐ SINGLE  ☑ MARRIED  ☐ WIDOWED | **2** | |

---

Case 3:06-mj-00579-JCS-JCS    Document 2    Filed 06/13/2006    Page 1 of 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**UNITED STATES OF AMERICA**  }

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

UNITED STATES OF AMERICA      }

     }

v.      }      **MAGISTRATE NO. 3:06mj579-JCS**

     }

**TODD BLACK**      }

## ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the defendant in above-styled and numbered cause.

Should this case proceed before a United States District Judge, the appointment shall, nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

**SIGNED** on the 13th day of June, 2006.

s/US Magistrate Judge

UNITED STATES MAGISTRATE JUDGE

(rev. 1/97)

A TRUE COPY, I HEREBY CERTIFY

By: s/clerk

*Deputy Clerk*

## Minute Entries

3:06-mj-00579-JCS-JCS USA v. Black **CASE CLOSED on 06/14/2006**

### U.S. District Court

### Southern District of Mississippi

Notice of Electronic Filing

The following transaction was received from wg, entered on 6/14/2006 at 4:31 PM CDT and filed on 6/13/2006

| | |
|---|---|
| **Case Name:** | USA v. Black |
| **Case Number:** | 3:06-mj-579 |
| **Filer:** | |
| **Document Number:** | |

**Docket Text:**

Minute Entry for proceedings held before Judge James C. Sumner :Initial Appearance in Rule 5 Proceedings as to Todd Black held on 6/13/2006. Appearances: Gregory L. Kennedy, AUSA; Kathryn Nester, office of FPD; and Robert B. Wilder, Jr., USPO. Defendant was informed of his rights and the charges against him. Counsel was appointed to represent him for purposes of this proceeding. Defendant waived an identity hearing and executed a formal waiver thereof. AUSA moved for detention. Evidence and testimony were presented to the Court through the proffer of the pretrial services report and examination of witnesses Jason Hodge with the FBI on behalf of the Government and Mrs. Todd Black on behalf of the defendant. At the conclusion thereof the Court set a $50,000 bond with 10% cash deposit. Defendant was remanded to the custody of the U.S. Marshal until the appropriate bond was posted. (Tape #2006-14.) (wg, )(30)

The following document(s) are associated with this transaction:

**3:06-mj-579-1 Notice will be electronically mailed to:**

Gregory L. Kennedy    gregg.kennedy@usdoj.gov, dianne.lott@usdoj.gov; stacey.perkins@usdoj.gov

Probation Jackson    Janet_Anderson@mssp.uscourts.gov

**3:06-mj-579-1 Notice will be delivered by other means to:**

TRUE COPY I HEREBY CERTIFY

By: s/Deputy Clerk

*Deputy Clerk*

OFFICE OF JAMES C. SUMNER
U.S. MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
245 E. Capitol Street, Suite 502
Jackson, MS 39201
Telephone: (601) 965-4525

# MEMORANDUM

**TO:**   *Via Facsimile 309-671-7120*   **DATE:** 6/14/2006
U.S. District Court Clerk
Central District of Illinois
Attention: Karen

**FROM:**   Winnie Goodwin, Courtroom Deputy Clerk

**SUBJECT:**   Todd Black

Certified copies of the following paperwork on Todd Black, your case number 06-6029-MJ, are
attached hereto:

1. Financial Affidavit
2. Order Appointing Federal Public Defender
3. Waiver of Rule 5 Hearing
4. Order Setting Conditions of Release
5. Appearance Bond
6. Receipt for Bond Payment
7. Minute Entry
8. Docket