E-FILED
Thursday, 15 June, 2006  01:18:17 PM
Clerk, U.S. District Court, ILCD

**FILED**

JUN 15 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06 6029 MJ |
| TODD BLACK | ) |
| Defendant | ) |

## ENTRY OF APPEARANCE

Comes now Bernard Edelman and enters his appearance for defendant in the above cause.

Defendant requests information from the Clerk's office regarding counsel's admission to the Central District of Illinois.

By: _____
Bernard Edelman
ATTORNEY FOR DEFENDANT
8008 Carondelet- Suite 303
Clayton, MO 63105
(314) 726-5588
(314) 726-5847 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2006, the foregoing was mailed postage prepaid to:

Mr. Tate Chambers- United States Attorney's Office
1 Technology Plaza
#400
211 Fulton Street
Peoria, Illinois 61602

_____
Bernard Edelman