E-FILED
Monday, 19 June, 2006 10:18:36 AM
Clerk, U.S. District Court, ILCD

FILED
JUN 19 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



OFFICE OF JAMES C. SUMNER
U.S. MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
245 E. Capitol Street, Suite 502
Jackson, MS 39201
Telephone: (601) 965-4525

# MEMORANDUM

**TO:** Via Facsimile 309-671-7120
U.S. District Court Clerk
Central District of Illinois
Attention: Karen

**DATE:** 6/14/2006

**FROM:** Winnie Goodwin, Courtroom Deputy Clerk

06-6029-

**SUBJECT:** Todd Black

Certified copies of the following paperwork on Todd Black, your case number 06-6029-MJ, are attached hereto:

1. Financial Affidavit
2. Order Appointing Federal Public Defender
3. Waiver of Rule 5 Hearing
4. Order Setting Conditions of Release
5. Appearance Bond
6. Receipt for Bond Payment
7. Minute Entry
8. Docket

CLOSED

# U.S. District Court
## Southern District of Mississippi (Jackson)
### CRIMINAL DOCKET FOR CASE #: 3:06-mj-00579-JCS-JCS-ALL
### Internal Use Only

Case title: USA v. Black  
Other court case number: 06-6029-MJ Central District of Illinois

Date Filed: 06/12/2006

Assigned to: Magistrate Judge James C. Sumner  
Referred to: Magistrate Judge James C. Sumner

**Defendant**

Todd Black (1)  
*TERMINATED: 06/14/2006*

represented by **S. Dennis Joiner**  
FEDERAL PUBLIC DEFENDER  
200 S. Lamar, Suite 100-S  
Jackson, MS 39201  
601/948-4284  
Fax: 601/948-5510  
Email: dennis_joiner@fd.org  
*TERMINATED: 06/14/2006*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

A TRUE COPY, I HEREBY CERTIFY  
By: _____  
Deputy Clerk

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

18:371.F - CONSPIRACY TO
COMMIT WIRE FRAUD

**Plaintiff**

USA             represented by   **Gregory L. Kennedy**
U. S. ATTORNEY'S OFFICE
188 E. Capitol St., Suite 500
Jackson, MS 39201
(601) 965-4480
Email: gregg.kennedy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2006 |  | Arrest of Todd Black (wg, ) (Entered: 06/12/2006) |
| 06/13/2006 | 1 | CJA 23 Financial Affidavit by Todd Black (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Todd Black. S. Dennis Joiner for Todd Black appointed. Signed by Judge James C. Sumner on June 13, 2006. (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | 3 | WAIVER of Rule 5 Hearings by Todd Black (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | 4 | ORDER Setting Conditions of Release as to Todd Black (1) $50,000 with 10% deposit . Signed by Judge James C. Sumner on June 13, 2006. (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | 5 | 10% Cash Deposit Bond Entered as to Todd Black in amount of $ 50,000. Receipt # J013622 for $5,000. (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | 6 | Remark: Receipt for Payment (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 | 7 | ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL as to Todd Black . Signed by Judge James C. Sumner on June 13, 2006. (wg, ) (Entered: 06/14/2006) |
| 06/13/2006 |  | Minute Entry for proceedings held before Judge James C. Sumner :Initial Appearance in Rule 5 Proceedings as to Todd Black held on 6/13/2006. Appearances: Gregory L. Kennedy, AUSA; Kathryn Nester, office of FPD; and Robert B. Wilder, Jr., USPO. Defendant was informed of his rights and the charges against him. Counsel was appointed to represent him for purposes of this proceeding. Defendant waived an identity hearing and executed a formal waiver thereof. AUSA moved for detention. Evidence and testimony were presented to the Court through the proffer of the pretrial services report and examination of witnesses |

| | | |
|---|---|---|
| | | Jason Hodge with the FBI on behalf of the Government and Mrs. Todd Black on behalf of the defendant. At the conclusion thereof the Court set a $50,000 bond with 10% cash deposit. Defendant was remanded to the custody of the U.S. Marshal until the appropriate bond was posted. (Tape #2006-14.) (wg, )(30) (Entered: 06/14/2006) |
| 06/14/2006 | | ***Staff Notes as to Todd Black: Rule 5 Documents transmitted to the Central District of Illinois. (wg, ) (Entered: 06/14/2006) |
| 06/14/2006 | | ***Terminated defendant Todd Black, pending deadlines, and motions. (wg, ) (Entered: 06/14/2006) |
| 06/14/2006 | ● | Attorney update in case as to Todd Black. Attorney S. Dennis Joiner terminated. (wg, ) (Entered: 06/14/2006) |
| 06/14/2006 | | ***Set/Clear Flags as to Todd Black (wg, ) (Entered: 06/14/2006) |

# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)
IN THE CASE OF: ____ VS. ____
FOR ____ AT ____

**PERSON REPRESENTED (Show your full name):** Todd Black

- 1. ☑ Defendant – Adult
- 2. ☐ Defendant – Juvenile
- 3. ☐ Appellant
- 4. ☐ Probation Violator
- 5. ☐ Parole Violator
- 6. ☐ Habeas Petitioner
- 7. ☐ 2255 Petitioner
- 8. ☐ Material Witness
- 9. ☐ Other (Specify)

**CHARGE/OFFENSE:** ☑ Felony  ☐ Misdemeanor

**LOCATION NUMBER:** ____

**DOCKET NUMBERS**
- Magistrate: 3:06mj579
- District Court: ____
- Court of Appeals: ____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☑ Yes  ☐ No  ☐ Am Self Employed
- Name and address of employer: Gray Daniels Toyota / Brandon, MS
- IF YES, how much do you earn per month? $ 7,000
- IF NO, give month and year of last employment. How much did you earn per month? $ ____
- If married is your Spouse employed? ☑ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ ____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: ____

**CASH**
- Have you any cash on hand or money in savings or checking account? ☐ Yes  ☐ No  IF YES, state total amount $ 3,000

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes  ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ 12,000  DESCRIPTION: 2004 Toyota Camry

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE  ☑ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 2
- List persons you actually support and your relationship to them: ____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Rent | $ | $ 1,500 |
| | Utilities | $ | $ 500.00 |
| | Child Support | $ | $ 800.00 |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6-10-06

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):** X ____

A TRUE COPY, I HEREBY CERTIFY
By: ____ Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| } | |
| v. } | MAGISTRATE NO.  3:06mj579-JCS |
| } | |
| TODD BLACK } | |

### ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the defendant in above-styled and numbered cause.

Should this case proceed before a United States District Judge, the appointment shall, nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

SIGNED on the 13th day of June, 2006.

s/Magistrate Judge
_____
UNITED STATES MAGISTRATE JUDGE

(rev. 1/97)

A TRUE COPY, I HEREBY CERTIFY
By: _____
Deputy Clerk

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____  DISTRICT OF  _____MISSISSIPPI_____

UNITED STATES OF AMERICA

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

V.

CASE NUMBER: 3:06mj579-JCS

_____TODD BLACK_____
Defendant

CHARGING DISTRICTS
CASE NUMBER: 06-6029-MJ (CD/IL)

I understand that charges are pending in the _____Central_____ District of _____Illinois_____ alleging violation of _____18 U.S.C. § 371_____ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary hearing

( X ) Identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

s/Defendant
_____
Defendant

s/ATTORNEY
_____
Defense Counsel

June 13, 2006
Date

A TRUE COPY, I HEREBY CERTIFY

By: _____
Deputy Clerk

AO 199A    (Rev. 6/97) Order Setting Conditions of Release                                                                    Page 1 of 3    Pages

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __MISSISSIPPI__

United States of America

V.

TODD BLACK

Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 3:06mj579-JCS

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) __USDC Federal Bldg., 100 NE Monroe St.,__
Place
__Courtroom C, Peoria, Illinois__ on __June 19, 2006 at 11:30 a.m. before Magistrate Judge John Gorman__
Date and Time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

(  ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(  ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____ dollars ($ _____ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

A TRUE COPY, I HEREBY CERTIFY

By: _[signature]_
Deputy Clerk

⧫AO 199B    Case 3:06-mj-00579-JCS-JCS    Document 4    Filed 06/13/2006    Page 2 of 3
(Rev. 3/99) Additional Conditions of Release

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
    (Name of person or organization) _____
    (Address) _____
    (City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian or Proxy     Date

( X ) (7) The defendant shall:
  ( X ) (a) report to the U.S. PROBATION OFFICE,
      telephone number 965-4447, not later than as directed.
  ( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
  (X) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described 50,000 — 10% bond
  ( ) (d) execute a bail bond with solvent sureties in the amount of $ _____.
  ( ) (e) maintain or actively seek employment.
  ( ) (f) maintain or commence an education program.
  ( X ) (g) surrender any passport to: U.S. PROBATION OFFICE
  ( X ) (h) obtain no passport.
  ( X ) (i) abide by the following restrictions on personal association, place of abode, or travel:
      REMAIN IN THE STATE OF MISSISSIPPI AT ALL TIMES DURING THE PENDENCY OF THESE PROCEEDINGS — yes
  ( X ) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
  ( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
  ( ) (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
  ( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
  ( X ) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
  ( X ) (o) refrain from ( X ) any ( ) excessive use of alcohol.
  ( X ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( X ) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
  ( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
  ( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
  ( ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
    ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
    ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
    ( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
  ( X ) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
  ( ) (v) _____
  ( ) (w) _____
  ( ) (x) _____

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
 (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
 (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
 (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
 (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

15 Charleston Cr.
_____
Address

Brandon, MS
_____
City and State          Telephone

### Directions to United States Marshal

( ) The defendant is ORDERED released after processing.
(✓) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: __6-13-06__          s/  DISTRICT JUDGE
                              _____
                              Signature of Judicial Officer

                              JAMES C. SUMNER, U.S. MAGISTRATE JUDGE
                              Name and Title of Judicial Officer

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 98  (Rev. 8/85) Appearance Bond

# UNITED STATES DISTRICT COURT

__SOUTHERN__  District of  __MISSISSIPPI__

UNITED STATES OF AMERICA
V.

**APPEARANCE BOND**

__Todd Black__
Defendant

Case Number: 3:06mj579

~~Non-surety: I, the undersigned defendant acknowledge that I and my...~~
Surety: We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ ~~10,000.00~~ 50,000 — 10% And there has been deposited in the Registry of the Court the sum of
$ _____ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant __Todd Black__
(Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __6-13-06__ at __Jackson, MS__
                        Date                              Place

Defendant __[signature]__           Address __15 ~~Bradford~~ Charleston Circle Brandon, MS 39047__

Surety _____           Address _____

Surety _____           Address _____

Signed and acknowledged before me __6-13-06__
                                    Date

                                    s/Clerk
                                    Judicial Officer/Clerk

Approved __s/Magistrate Judge__
          Judicial Officer

A TRUE COPY, I HEREBY CERTIFY

By: __[signature]__
    Deputy Clerk

| | RECEIPT FOR PAYMENT<br>UNITED STATES DISTRICT COURT<br>for the<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>JACKSON, MISSISSIPPI | RECEIPT NUMBER<br>J013622 |
|---|---|---|

| Fund | Amount |
|---|---|
| 604700 | 5000.00 |
| Total | 5000.00 |

Name: TODD BLACK
Address: PD BY LINNEA LUGINBILL
15 CHARLESTON CIRCLE
BRANDON, MS  39047

Case: *3:06MJ579

Date: 06/13/2006    Deputy Clerk [signature]    212    CASH

Re: BOND PYMT/10% OF $50000 BOND

A TRUE COPY I HEREBY CERTIFY
By: [signature]
Deputy Clerk

AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __MISSISSIPPI__

UNITED STATES OF AMERICA

v.

TODD BLACK

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 3:06mj579-JCS

CHARGING DISTRICTS
CASE NUMBER: 06-6029-MJ (CD/IL)

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __Central__ District of __Illinois__; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the __U.S. District Court, Central District, Illinois__
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be USDC Federal Bldg., 100 NE Monroe, Peoria, IL on June 19, 2006 at 11:30 a.m. before Judge Gorman.
*Courtroom C*
*Date and Time*

s/Magistrate Judge
*Signature of Judge*

June 13, 2006            James C. Sumner, U.S. Magistrate Judge
*Date*                   *Name and Title of Judge*

A TRUE COPY, I HEREBY CERTIFY

By: _____
*Deputy Clerk*

# Minute Entries
3:06-mj-00579-JCS-JCS USA v. Black **CASE CLOSED on 06/14/2006**

## U.S. District Court

### Southern District of Mississippi

Notice of Electronic Filing

The following transaction was received from wg, entered on 6/14/2006 at 4:31 PM CDT and filed on 6/13/2006

**Case Name:** USA v. Black
**Case Number:** 3:06-mj-579
**Filer:**
**Document Number:**

**Docket Text:**
Minute Entry for proceedings held before Judge James C. Sumner :Initial Appearance in Rule 5 Proceedings as to Todd Black held on 6/13/2006. Appearances: Gregory L. Kennedy, AUSA; Kathryn Nester, office of FPD; and Robert B. Wilder, Jr., USPO. Defendant was informed of his rights and the charges against him. Counsel was appointed to represent him for purposes of this proceeding. Defendant waived an identity hearing and executed a formal waiver thereof. AUSA moved for detention. Evidence and testimony were presented to the Court through the proffer of the pretrial services report and examination of witnesses Jason Hodge with the FBI on behalf of the Government and Mrs. Todd Black on behalf of the defendant. At the conclusion thereof the Court set a $50,000 bond with 10% cash deposit. Defendant was remanded to the custody of the U.S. Marshal until the appropriate bond was posted. (Tape #2006-14.) (wg, )(30)

The following document(s) are associated with this transaction:

**3:06-mj-579-1 Notice will be electronically mailed to:**

Gregory L. Kennedy    gregg.kennedy@usdoj.gov, dianne.lott@usdoj.gov; stacey.perkins@usdoj.gov

Probation Jackson    Janet_Anderson@mssp.uscourts.gov

**3:06-mj-579-1 Notice will be delivered by other means to:**

A TRUE COPY, I HEREBY CERTIFY
By: _____
Deputy Clerk